# EXHIBIT A

JUDGE JAMES V. SELNA
PRESUMPTIVE SCHEDULE OF PRETRIAL DATES

| Matter | Time | Weeks before trial | Plaintiff's Request (Insert specific date) | Defendant's Request | Court Order |
|---|---|---|---|---|---|
| Trial date (jury) (court) Estimated length: **4 days** | 8:30 a.m. (Tuesdays) | | 3/2/2021 | Same | |
| [Court trial:] File Findings of Fact and Conclusions of Law and Summaries of Direct Testimony | | -1 | 2/23/2021 | Same | |
| Final Pretrial Conference; Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed *Voir Dire* Qs and Agreed-to State of Case | 11:00 a.m. (Mondays) | -2 | 2/15/2021 | Same | |
| Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement | | -3 | 2/9/2021 | Same | |
| Last day for hand—serving Motions in Limine | | -6 | 1/19/2021 | Same | |
| Last day for hearing motions | 1:30 p.m. (Mondays) | -7 | 1/11/2021 | Same | |
| Last day for hand—serving motions and filing (other than Motions in Limine) | | -11 | 12/15/2020 | Same | |
| Non-expert Discovery cut-off | | -15 | 11/17/2020 | Same | |

ADDITIONAL MATTERS TO BE DETERMINED AT SCHEDULING CONFERENCE

L.R. 16-14 Settlement Choice: (1) CT/USMJ   (2) Court Mediation Panel   (3) Private ADR

| | | | | | |
|---|---|---|---|---|---|
| Expert discovery cut-off | | | | | |
| Rebuttal Expert Witness Disclosure | | | | | |
| Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)] | | | | | |
| Last day to conduct Settlement Conference | | | 10/1/2020 | Same | |
| Last day to amend pleadings or add parties | | | 5/1/2020 | Same | |

EXHIBIT A