# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. SACV 19-02334JVS(KESx) | Date April 13, 2020 |
| Title James Rutherford v Lord Shiva LLC, et al | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

Not Present   Not Present

**Proceedings:** **[IN CHAMBERS] ORDER TO SHOW CAUSE**

On March 18, 2020, this Court ordered the plaintiff to show cause why the Court should not decline to exercise supplemental jurisdiction over the asserted state claims, inclduing without limitation claims under the Unruh Civil Rights Act by April 3, 2020.

To date no response has been filed.

Plaintiff is ordered to file a response to the Order to Show Cause by April 24, 2020 or the Court will decline to exercise supplemental jurisdiction.

: 0

Initials of Preparer lmb