Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 SW Birch St., Suite 200 Newport Beach, CA 92660
Office: (949) 200-8755 Fax: (866) 843-8308
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff:
JAMES RUTHERFORD

REED E. SCHAPER (SBN 082792)
rschaper@hkemploymentlaw.com
DEREK K. ISHIKAWA (SBN 270275)
dishikawa@hkemploymentlaw.com
**HIRSCHFELD KRAEMER LLP**
233 Wilshire Boulevard, Suite 600
Santa Monica, CA 90401
Telephone: (310) 255-0705
Facsimile: (310) 255-0986

Attorneys for Defendant
LORD SHIVA LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LORD SHIVA LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:19-cv-02334-JVS-KES<br><br>Hon. James V. Selna<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed: December 4, 2019<br>Trial Date: November 3, 2020 |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff, JAMES RUTHERFORD, and Defendant, LORD SHIVA LLC (the "Parties") have reached a settlement in this matter and expect to file a joint stipulation for dismissal of the action pending completion of certain terms of the confidential settlement agreement.

Dated: June 25, 2020  **MANNING LAW, APC**

By: /s/ Joseph R. Manning, Jr. Esq.
Joseph R. Manning, Jr., Esq.
Attorneys for Plaintiff,
Anthony Bouyer

Dated: June 25, 2020  **HIRSCHFELD KRAEMER LLP**

By: /s/ Derek K. Ishikawa, Esq.
Derek K. Ishikawa
Attorney for Defendant,
Lord Shiva LLC

## CERTIFICATE OF SERVICE

I certify that on June 25, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: June 25, 2020  **MANNING LAW, APC**

By: /s/ Joseph R. Manning, Jr. Esq.
Joseph R. Manning, Jr., Esq.
Attorneys for Plaintiff
James Rutherford